UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAT AND FROST INSULATORS OF NORTHERN CALIFORNIA LOCAL UNION NO. 16 HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RHODIUM INTEGRATED SERVICES, et al.,<br><br>Defendants. | Case No. 22-cv-05011-VC<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 26 |

The motion for default judgment is granted. The plaintiffs—employee benefit plans and their fiduciaries and trustees—allege that Rhodium Integrated Services and its successor, Bold Construction, have failed to make plan contributions or submit to an audit as required by their collective bargaining and trust agreements. Rhodium and Bold were properly served in September 2022 but neither appeared in the case, so the clerk entered default. *See* Dkt. Nos. 11, 14.

Each of the *Eitel* factors weighs in favor of entering default judgment against Rhodium and Bold. The plaintiffs would not likely recover what is owed to them absent an entry of default judgment and would thus be prejudiced; the allegations are well-pled and supported by the record; the sum of money at stake ($58,131.13) is relatively small; there are likely no material factual disputes judging by the defendants' decision not to respond; there is no reason to believe the defendants' default was due to excusable neglect; and a decision on the merits is impossible because the defendants have not appeared. *See Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th

Cir. 1986). Default judgment is therefore appropriate.[1]

A separate judgment will follow.

**IT IS SO ORDERED.**

Dated: August 16, 2023

_____
VINCE CHHABRIA
United States District Judge

---

[1] Default judgment is appropriate even though the plaintiffs seek damages incurred after the complaint was filed, because the complaint adequately put the defendants on notice that they could be liable for delinquent contributions through the time of Judgment. *See District Council 16 Northern California Health and Welfare Trust Fund, et al. v. Bryan J. Valverde*, --- F. Supp. 3d ---, 2023 WL 4116627, at *1–*4 (N.D. Cal. June 22, 2023); *see also* Dkt. No. 1 at 10 ¶ 43.

2